# UNITED STATES DISTRICT COURT

for the

Southern District of New York

ORIGINAL

DOC#28

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **GARY HIRST** | )    Case No.    **15 CR 643 (PKC)** |
| | ) |
| *Defendant* | ) |

U.S. DISTRICT COURT
FILED
SEP 25 2015
DS
S.D. OF N.Y.

## APPEARANCE BOND

### Defendant's Agreement

I,    **GARY HIRST**    *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )      to appear for court proceedings;
( X )      if convicted, to surrender to serve a sentence that the court may impose; or
( X )      to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1)   This is a personal recognizance bond.

(   ) (2)   This is an unsecured bond of $ _____ .

( X ) (3)   This is a secured bond of $ ~~1 MILLION PRB~~ , secured by:
           **$3,000,000.00**

     (   ) (a) $ _____ , in cash deposited with the court.

     (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:
       ~~SECURED BY CASH OR PROPERTY WITH $200K IN EQUITY~~
       **$1,000,000.00 IN CASH SECURITIES AND/OR EQUITY IN REAL PROPERTY** .
       If this bond is secured by real property, documents to protect the secured interest may be filed of record.

     (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:
_____
_____
_____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

# UNITED STATES DISTRICT COURT

☐ ORIGINAL

for the

Southern District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )    Case No.    **15 CR 643 (PKC)** |
| **GARY HIRST** | ) |
| *Defendant* | ) |

## APPEARANCE BOND

DOC# 28

### Defendant's Agreement

I,    **GARY HIRST**    *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

     ( X )      to appear for court proceedings;
     ( X )      if convicted, to surrender to serve a sentence that the court may impose; or
     ( X )      to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____ .

U.S. DISTRICT COURT
FILED
SEP 25 2015
S.D. OF N.Y.

( X ) (3) This is a secured bond of $   **1 MILLION PRB**   , secured by:

     (   ) (a) $ _____ , in cash deposited with the court.

     (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
            *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of*
            *ownership and value):*
            **SECURED BY CASH OR PROPERTY WITH $200K IN EQUITY**

            If this bond is secured by real property, documents to protect the secured interest may be filed of record.

     (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

AO 98 (Rev. 12/11) Appearance Bond

## Declarations

*Ownership of the Property.*   I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;
(2)     the property is not subject to claims, except as described above; and
(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.*   I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me.   I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true.   (See 28 U.S.C. § 1746.)

Date:       **9/25/2015**

*Defendant   signature:* **GARY HIRST**

NANCY NIEL
*Surety/property owner – printed name*

*Surety/property owner – signature and date*

TRACEY HIRST
*Surety/property owner – printed name*

*Surety/property owner – signature and date*

Robert Hirst
*Surety/property owner – printed name*

*Surety/property owner – signature and da*

*CLERK OF COURT*

Date:       **9/25/2015**

*Signature of Clerk or Deputy Clerk*

Approved.

Date:   **9/24/15**

*AUSA:* **ANDREW BAUER, BRIAN BLAIS & DINA McLEOD**

AO 98 (Rev. 12/11) Appearance Bond

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;

(2)     the property is not subject to claims, except as described above; and

(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:      9/25/2015

_____
*Defendant signature:* GARY HIRST

NANCY NIEL
Surety/property owner- printed name

Nancy Niel   900 Lake worth Circle
Heathrow, FL 32746    9-30-2015
Surety/property owner – signature and date

TRACEY HIRST
Surety/property owner – printed name

1436 Ocali W
Lake Mary, FL 32746    9-30-2015
Surety/property owner – signature and date

Robert Hirst
Surety/property owner – printed name

Surety/property owner – signature and da

*CLERK OF COURT*

Date:      9/25/2015

_____
Signature of Clerk or Deputy Clerk

Approved.

Date:   9/24/15

_____
*AUSA:* ANDREW BAUER, BRIAN BLAIS & DINA McLEOD

AO 98 (Rev. 12/11) Appearance Bond

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____9/25/2015_____

*Defendant signature:* GARY HIRST

_NANCY NIET_
Surety/property owner- printed name

_TRACEY HIRST_
Surety/property owner – printed name

_Robert Hirst_
Surety/property owner – printed name

Surety/property owner – signature and date
9/30/2016
1436 Ocali Cove, Lake Mary, FL 32746   (407) 222 8046
Surety/property owner – signature and date

Surety/property owner – signature and da

CLERK OF COURT

Date: _____9/25/2015_____

Signature of Clerk or Deputy Clerk

Approved.

Date: _____9/24/15_____

AUSA: ANDREW BAUER, BRIAN BLAIS & DINA McLEOD

AO 98 (Rev. 12/11) Appearance Bond

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:    **9/25/2015**

                                             *Defendant signature:* **GARY HIRST**

*NANCY NIEL*
Surety/property owner- printed name

                                             *Surety/property owner – signature and date*

*TRACEY HIRST*
Surety/property owner –**printed name**

                                             *Surety/property owner – signature and date*

*Robert Hirst*
Surety/property owner – *printed name*

                                           9/30/15
                                           *Surety/property owner – signature and da*

                                           *CLERK OF COURT*

                                           *Signature of Clerk or Deputy Clerk*

Date:    **9/25/2015**

Approved.

Date:  **9/24/15**

                                   *AUSA:* **ANDREW BAUER, BRIAN BLAIS & DINA McLEOD**

AO 199A (Rev. 12/11)  Order Setting Conditions of Release        Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
| v. | ) |
| | ) |
| **GARY HIRST** | ) |
| *Defendant* | ) |

Case No.        **15 CR 643 (PKC)**

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

*Place*

on _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

Page 4

AO 199B  (Rev. 12/11)  Additional Conditions of Release                                                  Page ____ of ____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(   )   (6)   The defendant is placed in the custody of:

Person or organization   _____
Address *(only if above is an organization)*   _____
City and state   _____   Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
                        *Custodian*                             *Date*

( X )   (7)   The defendant must:

( X )   (a)   submit to supervision by and report for supervision to the   **STRICT PRETRIAL SUPERVISION**   ,
telephone number _____ , no later than _____ .

(   )   (b)   continue or actively seek employment.

(   )   (c)   continue or start an education program.

( X )   (d)   surrender any passport to:   **PSA (& NO NEW APPLICATIONS)**

( X )   (e)   not obtain a passport or other international travel document.

( X )   (f)   abide by the following restrictions on personal association, residence, or travel:   **SDNY/EDNY,, SD, CD & ND OF CALIFORNIA**

(   )   (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

(   )   (h)   get medical or psychiatric treatment: _____

(   )   (i)   return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

(   )   (j)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

(   )   (k)   not possess a firearm, destructive device, or other weapon.

(   )   (l)   not use alcohol (   ) at all (   ) excessively.

(   )   (m)   not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical medical practitioner.

(   )   (n)   submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

(   )   (o)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

(   )   (p)   participate in one of the following location restriction programs and comply with its requirements as directed.

     (   ) (i)   **Curfew.** You are restricted to your residence every day (   ) from _____ to _____ , or (   ) as directed by the pretrial services office or supervising officer; or

     (   ) (ii)   **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

     (   ) (iii)   **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

(   )   (q)   submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

     (   ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

(   )   (r)   report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

## ADDITIONAL CONDITIONS OF RELEASE

$1 MILLION PRB TO BE CO-SIGNED BY 3 FINANCIALLY RESPONSIBLE PERSONS; SECURED BY CASH OR PROPERTY WITH $200K IN EQUITY; TRAVEL LIMITED TO SDNY/EDNY; MIDDLE DISTRICT OF FLORIDA; DISTRICT OF ARIZONA; NORTHERN DISTRICT OF GEORGIA AND TRAVEL POINTS; SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS); HAS SURRENDERED PASSPORT; STRICT PRETRIAL SUPERVISION;   DEFT TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY

( X )  (s)  <u>10/9/15</u>

BAIL MODIFIED BY JUDGE CASTEL ON 9/28/16: DEFENDANT IS SUBJECT TO RELEASE WHEN , AS AND IF A BOND IN THE AMOUNT OF $3,000,000.00 IS EXECUTED BY 3 RESPONSIBLE CO-SIGNERS; SECURED BY $1,000,000.00 IN CASH SECURITIES AND OR EQUITY IN REAL PROPERTY; ALL OTHER CONDITIONS OF BAIL REMAIN IN PLACE.

*AS TO BAIL MODIFICATIONS OF 9/28/16*

*Defendant  signature:* **GARY HIRST**          September          , 2016

*Surety/property owner — TRACEY HIRST*  September          , 2016

*Surety/property owner – NANCY HIRST*  September          , 2016

*Surety/property owner – ROBERT HIRST*  September          , 2016

CLERK OF COURT

Signature of Clerk or Deputy Clerk

DATE :  September          , 2016   10/3/16

*AUSA:* ANDREW BAUER, BRIAN BLAIS & DINA McLEOD

## ADDITIONAL CONDITIONS OF RELEASE

$1 MILLION PRB TO BE CO-SIGNED BY 3 FINANCIALLY RESPONSIBLE PERSONS; SECURED BY CASH OR PROPERTY WITH $200K IN EQUITY; TRAVEL LIMITED TO SDNY/EDNY; MIDDLE DISTRICT OF FLORIDA; DISTRICT OF ARIZONA; NORTHERN DISTRICT OF GEORGIA AND TRAVEL POINTS; SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS); HAS SURRENDERED PASSPORT; STRICT PRETRIAL SUPERVISION;   DEFT TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY

( X ) (s) 10/9/15

BAIL MODIFIED BY JUDGE CASTEL ON 9/28/16: DEFENDANT IS SUBJECT TO RELEASE WHEN , AS AND IF A BOND IN THE AMOUNT OF $3,000,000.00 IS EXECUTED BY 3 RESPONSIBLE CO-SIGNERS; SECURED BY $1,000,000.00 IN CASH SECURITIES AND OR EQUITY IN REAL PROPERTY; ALL OTHER CONDITIONS OF BAIL REMAIN IN PLACE.

*AS TO BAIL MODIFICATIONS OF 9/28/16*

11/14/2016          OR 11/14/16

Defendant  signature: **GARY HIRST**          September          , 2016

1436 Ocali Cove Lake Mary FL 32746   4072228046

Surety/property owner – **TRACEY HIRST**  September 30, 2016

Nancy Hirst

900 Lakeworth Circle , Lake Mary FL 32746   407-461-5557

Surety/property owner –**NANCY HIRST**  September 30 , 2016

Surety/property owner – **ROBERT HIRST**  September          , 2016

CLERK OF COURT

Signature of Clerk or Deputy Clerk

DATE:  September   30 , 2016

*AUSA:* **ANDREW BAUER, BRIAN BLAIS & DINA McLEOD**

AO 199C  (Rev. 09/08)  Advice of Penalties                                                            Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:  *Gary Hirst*                                  15 CR 643 (PKC)
                                                                                          9/25/15

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

**DEFENDANT RELEASED**

**Defendant Released**
                                                                                  _____
                                                                                          *Defendant's Signature*

                                                                                  _____
                                                                                          *City and State*

### Directions to the United States Marshal

(   ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____                          _____
                                                                                          *Judicial Officer's Signature*

                                                                                  _____
                                                                                          *Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL



Southern District of New York

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

Eastern District of New York

Brooklyn (Kings County)
Queens (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)

MD FLA

D AZ

ND GA

```
Court Name: District Court
Division: 1
Receipt Number: 465401167154
Cashier ID: Hacevedo
Transaction Date: 11/10/2016
Payer Name: SHER TREMONTE LLP
-------------------------------------
TREASURY REGISTRY
 For: BART HIRST
 Case/Party: D-NYS-1-15-CR-000643-004
 Amount:         $460,000.90
-------------------------------------
CHECK
 Check/Money Order Num: 82
 Amt Tendered: $460,000.00
-------------------------------------
Total Due:      $460,000.00
Total Tendered: $460,000.00
Change Amt:     $0.00

R19-1-14054
```

DOCUMENTS UNDER SEAL ☐     [Clear Form]     TOTAL TIME (mins):  2

| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Stephen Ybarra | REPORTER/FTR<br>10:24 - 10:26 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>Nandor J. Vadas | DATE<br>October 3, 2016 | NEW CASE<br>☐ | CASE NUMBER<br>16-xr-91005 MAG |

### APPEARANCES

| | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. ☐ RET. ☐ |
|---|---|---|---|---|---|
| DEFENDANT<br>Gary Hirst | | | NP | n/a | APPT. ☐ |

U.S. ATTORNEY: Kevin Barry    INTERPRETER: n/a    FIN. AFFT SUBMITTED ☐    COUNSEL APPT'D

PROBATION OFFICER    PRETRIAL SERVICES OFFICER: n/a    DEF ELIGIBLE FOR APPT'D COUNSEL ☐    PARTIAL PAYMENT OF CJA FEES ☐

### PROCEEDINGS SCHEDULED TO OCCUR

☐ INITIAL APPEAR  ☐ PRELIM HRG  ☐ MOTION  ☐ JUGM'T & SENTG  ☐ STATUS / TRIAL SET
☐ I.D. COUNSEL  ☐ ARRAIGNMENT  ☐ BOND HEARING  ☐ IA REV PROB. or or S/R  ☒ OTHER / Bond Signing
☐ DETENTION HRG  ☐ ID / REMOV HRG  ☐ CHANGE PLEA  ☐ PROB. REVOC.  ☐ ATTY APPT HEARING

### INITIAL APPEARANCE
☐ ADVISED OF RIGHTS  ☐ ADVISED OF CHARGES  ☐ NAME AS CHARGED IS TRUE NAME  ☐ TRUE NAME:

### ARRAIGNMENT
☐ ARRAIGNED ON INFORMATION  ☐ ARRAIGNED ON INDICTMENT  ☐ READING WAIVED SUBSTANCE  ☐ WAIVER OF INDICTMENT FILED

### RELEASE
☐ RELEASED ON O/R  ☐ ISSUED APPEARANCE BOND  AMT OF SECURITY $  SPECIAL NOTES  ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED  ☐ CASH  $  CORPORATE SECURITY ☐  REAL PROPERTY: ☐

☐ MOTION FOR DETENTION  ☐ PRETRIAL SERVICES REPORT  ☐ DETAINED  ☐ RELEASED  ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED  ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA
☐ CONSENT ENTERED  ☐ NOT GUILTY  ☐ GUILTY  GUILTY TO COUNTS: 
☐ PRESENTENCE REPORT ORDERED  ☐ CHANGE OF PLEA  ☐ PLEA AGREEMENT FILED  OTHER:

### CONTINUANCE
TO:  ☐ ATTY APPT HEARING  ☐ BOND HEARING  ☐ STATUS RE: CONSENT  ☐ TRIAL SET
AT:  ☐ SUBMIT FINAN. AFFIDAVIT  ☐ PRELIMINARY HEARING  ☐ CHANGE OF PLEA  ☐ STATUS
BEFORE HON.  ☐ DETENTION HEARING  ☐ ARRAIGNMENT  ☐ MOTIONS  ☐ JUDGMENT & SENTENCING
☐ TIME WAIVED  ☐ TIME EXCLUDABLE UNDER 18 § USC 3161  ☐ IDENTITY / REMOVAL HEARING  ☐ PRETRIAL CONFERENCE  ☐ PROB/SUP REV. HEARING

### ADDITIONAL PROCEEDINGS

The defendant's son Robert Hirst is present for the purpose of signing the appearance bond issued out of the Southern District of New York. Robert Hirst is admonished of his rights and responsibilities as surety. Robert Hirst signs the bond in open court. (See separate Bond.)

DOCUMENT NUMBER:

DOCUMENTS UNDER SEAL ☐                                      Clear Form          TOTAL TIME (mins):   2

| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK Stephen Ybarra | REPORTER/FTR 10:24 - 10:26 | |
|---|---|---|---|
| MAGISTRATE JUDGE Nandor J. Vadas | DATE October 3, 2016 | NEW CASE ☐ | CASE NUMBER 16-xr-91005 MAG |

## APPEARANCES

| DEFENDANT Gary Hirst | AGE | CUST | P/NP NP | ATTORNEY FOR DEFENDANT n/a | PD. ☐ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|

| U.S. ATTORNEY Kevin Barry | INTERPRETER n/a | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D ☐ |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER n/a | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |
|---|---|---|---|

## PROCEEDINGS SCHEDULED TO OCCUR

| | | | |
|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☒ OTHER Bond Signing |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH   $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

The defendant's son Robert Hirst is present for the purpose of signing the appearance bond issued out of the Southern District of New York.  Robert Hirst is admonished of his rights and responsibilities as surety.  Robert Hirst signs the bond in open court. (See separate Bond.)

DOCUMENT NUMBER:

DOCKET No. 15 CR 643          DEFENDANT: Gary Hirst

AUSA Brian Blais          DEF.'S COUNSEL Michael Tremonte
                          ☒ RETAINED    ☐ FEDERAL DEFENDERS    ☐ CJA

☐ _____ INTERPRETER NEEDED    ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5    ☒ Rule 9    ☐ Rule 5(c)(3)    ☐ Detention Hrg.    DATE OF ARREST  9-25-15    ☒ VOL. SURR.
                                                              TIME OF ARREST  NooN        ☐ ON WRIT
☐ Other: _____                               TIME OF PRESENTMENT  440 PM

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☒ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☒ $ 1 M          PRB
☒ 3             FRP    Cash or prop w/ 200K equity
☒ SECURED BY $ _____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ MDFL / DAZ / NDGA / Travel PTS
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)  Has surrendered passport
☐ REGULAR PRETRIAL SUPERVISION    ☒ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT    ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION    ☐ HOME DETENTION    ☐ CURFEW    ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____
_____
_____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY  10-9-15
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

PKC

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY          ☒ CONFERENCE BEFORE D.J. ON  Noon 10-7-15
☒ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL  10-7-15

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED              ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED              ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____          ☐ ON DEFENDANT'S CONSENT

DATE: 9-25-15          Ronald _____
                       UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
United States of America                :
                                        :        15  CR  643  (PKC)
          -against-                     :
                                        :   ┌─────────────────────────────┐
     GARY   HIRST                        :   │          ORDER              │
                                        :   │  USDC SDNY                  │
                     Defendant          :   │  DOCUMENT                   │
                                        :   │  ELECTRONICALLY FILED       │
-----------------------------------x    :   │  DOC #: _____     │
                                            │  DATE FILED: 9-28-16        │
                                            └─────────────────────────────┘

          **ORDERED**, that the defendant is hereby remanded to the

custody of the United States Marshal,

                                        _____
                                          United States District Judge

Dated:  New York, New York
        9 - 28 - 16

PKC

, subject to release when, as and if
a bond in the amount of
$3 million is executed by
3 responsible co-signers, secured
by $1 million in cash, securities
and/or equity in real property.
All other conditions of bail
remain in place.



# FAXTRANSMISSION

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, RM 520
NEW YORK, N.Y. 10007
(212)805-4051
Fax: (212)805-4060

**To:** ~~KIM ZIGNANA~~ *Stephen Ybarra*  **Phone #:** ~~SACRAMENTO~~ ~~916-930-4054~~ *San francisco* 415-522-3694

**Fax #:** ~~916-930-4015~~  **Pages:** 16 including this cover sheet.

**From:** VINNIE BABINO  **Date:** September 30, 2016
ARRAIGNMENT SECTION

**Subject:** CO-SIGNER TO SIGN AN SDNY BOND

COMMENTS:

Hi ~~Kim,~~ *Stephen*

Please swear Co-signer Robert Hirst to the bail conditions and modifications located on page 5. Have him sign and date the line above his name on page 5. Administer the oath and copy his photo ID. Also Sign and date the Deputy Clerk line on page 5. Please also fax a signed copy back to me and mail the originals to the above address. Feel free to call with any questions or concerns you may have. Thank you

Vinny



# FaxTransmission

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
500 PEARL STREET, RM 520
NEW YORK, N.Y. 10007
(212)805-4051
Fax: (212)805-4060

SACRAMENTO

| | | | |
|---|---|---|---|
| **To:** | KIM ZIGNANA | **Phone #:** | 916-930-4054 |
| **Fax #:** | 916-930-4015 | **Pages:** | 14, including this cover sheet. |
| **From:** | VINNIE BABINO ARRAIGNMENT SECTION | **Date:** | September 29, 2016 |
| **Subject:** | CO-SIGNER TO SIGN AN SDNY BOND | | |

COMMENTS:

Hi Kim,

Please swear Co-signer Robert Hirst to the bail conditions and modifications located on page 5. Have him sign and date the line above his name on page 5. Administer the oath and copy his photo ID. Also Sign and date the Deputy Clerk line on page 5. Please also fax a signed copy back to me and mail the originals to the above address. Feel free to call with any questions or concerns you may have. Thank you

Vinny



# FAXTRANSMISSION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
500 PEARL STREET, RM 520
NEW YORK, N.Y. 10007
(212)805-4051
Fax: (212)805-4060

ORLANDO FL

| | | | |
|---|---|---|---|
| **To:** | SHARON ADELHELM | **Phone #:** | 407-835-4222 |
| **Fax #:** | 407-835-4207 | **Pages:** | 14,  including this cover sheet. |
| **From:** | VINNIE BABINO ARRAIGNMENT SECTION | **Date:** | September 29, 2016 |
| **Subject:** | CO-SIGNERS TO SIGN AN SDNY BOND | | |

COMMENTS:

      Hi Sharon,

Please swear Co-signers Tracey Hirst, and Nancy Hirst to the bail conditions and modifications located on page 5. Have them sign and date the line above their names on page 5. Administer the oath and copy their photo ID's. Also Sign and date the Deputy Clerk line on page 5.  Please fax a signed copy back to me and mail the originals to the above address. Please feel free to call with any questions or concerns you may have.  Thank you

                        Vinny

15 CR 643

Beale

Hirst

Doc# 295
Bail Mod

Orlando - Sharon Adelhelm

P- 407 835-4222
F-407-835-4207

Tracy Hirst

Nancy Hirst

Sacramento          Kim
                    Andrews
P- 916-930-4054     Zignana
F- 916  930-4015

Robert Hirst



# FAX TRANSMISSION

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, RM 520
NEW YORK, N.Y. 10007
(212)805-4051
Fax: (212)805-4060

To: _Criminal Intake_   Date: _9/29/15_

Fax #: _407-835-4207_   Pages: _9_, including this cover sheet.

From: _GILBERT QUAN_
_ARRAIGNMENT SECTION_

Subject: CO-SIGNERS FOR BOND OF _Gary Hirst_ _____

COMMENTS:

PLEASE HAVE CO-SIGNERS _Tracey Hirst_ _Nancy Nix_ SIGN AND SWORN TO THE BOND.
MAKE A COPY OF _their_ DRIVER'S LICENSE OR OTHER PICTURE ID. FAX THE BOND
WITH _their_ SIGNATURE AND THE PICTURE ID BACK TO ME AT 212-805-4060.

MAIL THE BOND WITH CO-SIGNERS ORIGINAL SIGNATURE BACK TO ME AT THE

ABOVE ADDRESS.

THANK YOU FOR YOUR COOPERATION.



# FAX TRANSMISSION

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, RM 520
NEW YORK, N.Y. 10007
(212)805-4051
Fax: (212)805-4060

**To:** _LAURA BARKEN_     **Date:** _9/29/2015_

**Fax #:** _____     **Pages:** _9_ , including this cover sheet.

**From:** __GILBERT QUAN__
__ARRAIGNMENT SECTION__

**Subject:** CO-SIGNER FOR BOND OF _GARY HIRST_ _____

COMMENTS: _____

PLEASE HAVE CO-SIGNER _Robert Hirst_ SIGN AND SWORN TO THE BOND.

**MAKE A COPY OF** _his_ DRIVER'S LICENSE OR OTHER PICTURE ID. FAX THE BOND

WITH _his_ SIGNATURE AND THE PICTURE ID BACK TO ME AT 212-805-4060.

MAIL THE BOND WITH CO-SIGNERS ORIGINAL SIGNATURE BACK TO ME AT THE

ABOVE ADDRESS.

THANK YOU FOR YOUR COOPERATION.