

**MURPHY PEARSON BRADLEY & FEENEY**
A Professional Corporation

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-6-15

MEMO ENDORSED

WWW.MPBF.COM

88 Kearny Street, Suite 1000
San Francisco, CA 94108
Telephone 415-788-1900
Facsimile 415-393-8087

October 2, 2015

**BY ECF**
Honorable P. Kevin Castel
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: **United States v. Jason Galanis, et al.**
    **USDC, Southern District of New York Case No. 15 CR 643 (PKC)**

Dear Judge Castel:

We represent defendant Jared Galanis in connection with the above-referenced action. We write, with the Government's consent, regarding the Order Setting Conditions of Release for Mr. Galanis entered at his arraignment in the District of Maryland on September 24, 2015 by U.S. Magistrate Judge Beth P. Gesner (the "Order"). Among the conditions imposed on Mr. Galanis in the Order, Judge Gesner directed Mr. Galanis to have "no case related contact with co-defendants." Given that three of Mr. Galanis' six co-defendants are members of his immediate family, along with his need to be able to coordinate his defense with his co-defendants, we respectfully request that Your Honor remove this condition of his release.

Barry Bohrer, who represented Mr. Galanis in connection with the Government's investigation, spoke with the Government regarding this issue earlier this week and was informed that the Government has no objection to this request.

Respectfully submitted,

James A. Lassart

cc: Assistant United States Attorney Brian Blais (*via email*)
    Assistant United States Attorney Andrew Bauer (*via email*)

JAL.20978259.doc

*Handwritten endorsement:* Mr. Jared Galanis is free to have non-case related contact with all co-defendants, including family members, under existing bail conditions. Because I am unsure about the propriety or impropriety of a restriction on case-related contact, I will require the government to state its position as to case-related contact by October 8 at 2 p.m.

SO ORDERED
[signature]
10-6-15

SAN FRANCISCO        LOS ANGELES        SACRAMENTO