```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

          - v. -                    :    ORDER

JASON GALANIS,                      :    15 Cr. 643 (PKC)

          Defendant.                :

- - - - - - - - - - - - - - - - -x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-8-15

WHEREAS, JASON GALANIS, the defendant, was arrested in the Southern District of New York on September 24, 2015, presented before United States Magistrate Judge Ronald L. Ellis, and released on bail subject to the following bail conditions: a $10,000,000 personal recognizance bond, signed by 4 financially responsible persons and secured by property located at 260 West Broadway, Unit 1, New York, New York; the surrender of his passport and no new applications for travel documents; travel restricted to the Central and Northern Districts of California, the Southern and Eastern Districts of New York, and any districts necessary for travel to those districts; regular pretrial supervision; and disclosure to Pretrial Services of the names of all companies to which he is serving as an officer, director, consultant, adviser or investment banker; and

WHEREAS, JASON GALANIS, the defendant was released on his own signature and was given until October 8, 2015 to meet the bail conditions; and

WHEREAS, JASON GALANIS, the defendant, with the consent

of the Government, has requested an additional week to meet the bail conditions;

IT IS HEREBY ORDERED that JASON GALANIS, the defendant, shall have until October 15, 2015 to meet all of the bail conditions specified above.

Dated:   New York, New York
         October ___, 2015

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK