UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA :

    - v. - : ORDER

JARED GALANIS, : 15 Cr. 643 (PKC)

        Defendant. :

- - - - - - - - - - - - - - - - -x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-8-15
```

    WHEREAS, JARED GALANIS, the defendant, was arrested in the District of Maryland on September 24, 2015, presented before United States Magistrate Judge Beth P. Gesner in the District of Maryland, and released on bail subject to the following bail conditions: a $2,000,000 personal recognizance bond, signed by 4 financially responsible persons and secured by $500,000 cash or property; the surrender of his passport and no new applications for travel documents; travel restricted to the continental United States; regular pretrial supervision; and the defendant to have no case-related contact with his co-defendants; and

    WHEREAS, JARED GALANIS, the defendant was released on his own signature and was given until October 7, 2015 to meet the bail conditions; and

    WHEREAS, JARED GALANIS, the defendant, with the consent of the Government, has requested an additional week to meet the bail conditions and has asked that the condition prohibiting him from having case-related contact with his co-defendants be removed;

IT IS HEREBY ORDERED that the Court adopts the bail conditions set forth above that were set in the District of Maryland, provided, however, that the Court declines to adopt the bail condition prohibiting case-related conduct with co-defendants; and

IT IS HEREBY FURTHER ORDERED that JARED GALANIS, the defendant, shall have until October 14, 2015 to meet the bail conditions specified above.

Dated:   New York, New York
         October ___, 2015

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK