UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

    - v. -                       :  ORDER

DEREK GALANIS,                    :  15 Cr. 643 (PKC)

        Defendant.            :

- - - - - - - - - - - - - - - - -x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-8-15
```

      WHEREAS, DEREK GALANIS, the defendant, surrendered in the Northern District of California on September 24, 2015, was presented before United States Magistrate Judge Sallie Kim in the Northern District of California, and released on bail subject to the following bail conditions: a $2,000,000 personal recognizance bond, signed by 3 financially responsible persons and secured by $200,000 cash or property; the surrender of his passport and no new applications for travel documents; travel restricted to the Northern and Southern Districts of California, the Southern and Eastern Districts of New York, and districts necessary for travel to those districts; strict pretrial supervision, including electronic monitoring, with a curfew imposed between the hours of 10 p.m. and 6 a.m.; and

      WHEREAS, DEREK GALANIS, the defendant was released on his own signature and was given until October 7, 2015 to meet the bail conditions; and

      WHEREAS, this Court, on October 5, 2015, entered an Order allowing the defendant one time travel to the District of

Massachusetts on October 8 and 9, 2015, and extending until October 16, 2015 the date by which the defendant was required to meet his bail conditions;

IT IS HEREBY ORDERED that the Court adopts the bail conditions set forth above that were set in the Northern District of California, provided, however, that this Court's prior Order allowing for one-time travel to the District of Massachusetts and setting a date by which bail conditions are to be met remains in effect.

Dated: New York, New York
October 7, 2015

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK