UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

                                    15-CR-00643-05 (PKC)

   -against-                   ORDER

DEREK GALANIS

      Defendant

------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-15-15
```

P. Kevin Castel, United States District Judge:

     It is hereby ORDERED that the defendant's bail conditions are modified to include mental health counseling as well as drug testing and treatment, as deemed necessary by Pretrial Services.

Dated: New York, New York
       October 13, 2015

SO ORDERED:

_____
P. Kevin Castel
United States District Judge