

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 16, 2016

**BY HAND AND FACSIMILE**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    **United States v. Jason Galanis,**
              **15 Cr. 643 (PKC)**

Dear Judge Castel:

    As per Your Honor's request, the Government writes to memorialize the absence of a fully executed Consent to Proceed Before A United States Magistrate Judge On A Felony Plea Allocution in this matter.

    As Your Honor is aware, defendant Jason Galanis pled guilty on July 21, 2016 before the Honorable Sarah Netburn, United States Magistrate Judge. (*See* Tr. dated July 21, 2016). At the outset of that proceeding, Judge Netburn engaged in the following colloquy with the defendant:

> The Court: I have before me a consent to proceed before a United States magistrate judge on a felony plea allocution. What this form says is that knowing you have the right to have this plea taken by a United States district judge, you are agreeing instead to have this plea taken by me, a United States magistrate judge. Is that correct?
>
> The Defendant: Yes, your Honor.
>
> The Court: Before you signed this form, did your lawyer explain it to you?
>
> The Defendant: Yes, your Honor.
>
> The Court: It's accepted.

(Tr. dated July 21, 2016 at 2).

Page 2

By Order dated July 25, 2016, Your Honor accepted the defendant's guilty plea. Dkt. at 215. Thereafter, the parties were informed by the Magistrate Clerk's Office that they are unable to locate a fully executed version of the referenced consent form. Because the record clearly indicates both the defendant's understanding of his right to proceed before a United States District Judge and his consent to proceed before a United States Magistrate Judge, the Government believes that the record indicates a knowing and voluntary plea and does not believe any further steps are required at this time.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s Aimee Hector
Aimee Hector
Brian R. Blais
Rebecca Mermelstein
Aimee Hector
Assistant United States Attorneys
(212) 637-2203/2521/2360

cc: Thomas P. Mazzucco, Esq. (by Email)