# SHER TREMONTE LLP

September 8, 2016

The Honorable P. Kevin Castel
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Gary Hirst,* 15 Cr. 643(PKC)

Dear Judge Castel:

    We represent the defendant, Gary Hirst, in the above-referenced matter. We write to respectfully request that the Court grant our application to bring personal electronic devices into the courthouse for the duration of the trial which is due to commence on September 12, 2016. Please find enclosed a proposed order.

    Respectfully submitted,

Michael Tremonte
Justine Harris
Noam Biale
SHER TREMONTE LLP
80 Broad Street, 13th Floor
New York, NY 10004
Tel: (212) 202-2600
Fax: (212) 202-4156
Email: mtremonte@shertremonte.com

Enclosure