

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 20, 2016

**BY ECF AND EMAIL**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:  **United States v. Gary Hirst**,
>      **15 Cr. 643 (PKC)**

Dear Judge Castel:

    The Government writes to briefly apprise the Court of its relevance objections to certain proposed defense exhibits.  On September 11, 2016, the Government agreed to stipulate to the authenticity of certain defense exhibits but preserved its right to object to such exhibits on relevance grounds.  Defense counsel has informed the Government that at the outset of the defense case tomorrow afternoon they intend to offer the stipulation and the exhibits referenced therein.  Accordingly, the Government writes to notify the Court that the Government objects to the following exhibits on relevance grounds:[1]

| | | |
|---|---|---|
| 311-313 | 314-316 | 1000 |
| 1001A-Y | 1126-1128 | 1130-1131 |
| 1134 | 1141 | 1144 |

                      Respectfully submitted,

                      PREET BHARARA
                      United States Attorney

        By: /s Rebecca Mermelstein_____
            Brian R. Blais
            Rebecca Mermelstein
            Aimee Hector
            Assistant United States Attorneys
            (212) 637-2521/2360/2203

---

[1] The Government also intends to object to the admissibility of defense exhibits 808-809 on both authenticity and relevance grounds.