```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-28-16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                        :
UNITED STATES OF AMERICA                :
                                        :
            -v-                         :         15 Cr. 643 (PKC)
                                        :
GARY HIRST,                             :
                                        :
                  Defendant.            :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

```
COURT'S
EXHIBIT NO  16
IDENTIFICATION/EVIDENCE
DKT # 15 CR 643
DATE: 9-28-16
VERDICT
```

VERDICT FORM

PLEASE CHECK YOUR ANSWER AS TO EACH

The Jury's verdict must be unanimous on each count.


COUNT ONE:      Conspiracy to Commit Securities Fraud

Guilty ____✓____                          Not Guilty _____



COUNT TWO:      Securities Fraud

Guilty ____✓____                          Not Guilty _____



COUNT THREE:    Conspiracy to Commit Wire Fraud

Guilty ____✓____                          Not Guilty _____

COUNT FOUR:    Wire Fraud

Guilty ___✓___                          Not Guilty _____

All jurors should sign the form and notify the Marshal that you
have a verdict

_____
FOREPERSON

Date: ___9/28/2016___

2