ROSENBERG ESTIS                                                    ☎002

# ROSENBERG & ESTIS, P.C.

ATTORNEYS AT LAW

MEMO ENDORSED

733 Third Avenue
New York, New York 10017
212.867.6000
Fax 212.551.8484
www.rosenbergestis.com

Dani L. Schwartz
212.551.8489
dschwartz@rosenbergestis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10-13-16_

October 7, 2016

*The government*
*is directed to respond by October 20, 2016.*
*SO ORDERED.*
*10-12-16*

**BY FACSIMILE**
Hon. P. Kevin Castel
Daniel Patrick Moynihan Unites States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007-1312

Re:   *United States of America v Galanis*, 15 Cr. 643 (PKC)

Dear Judge Castel:

This law firm represents non-party ECC SPE LLC ("ECC"). I write to respectfully request that ECC be added as an interested party to this action.

Pursuant to this Court's August 15, 2016 Consent Order of Forfeiture, the defendant forfeited to the United States his interest in the real property known as and located at 260 West Broadway, Unit 1/2C, New York, New York (the "Mortgaged Property").

ECC is the lender on a $7,000,000.00 first mortgage encumbering the Mortgaged Property. ECC has prepared a petition in conformity with 21 U.S.C. § 853(n) and applicable law in order to establish and protect its interest in the Mortgaged Property, and to ensure ECC receives appropriate proceeds from any sale of the Mortgaged Property. However, ECC cannot electronically file its petition without first being added to the case.

Accordingly, we respectfully request that ECC be added so that we can file its petition. All appearing parties have been copied on this correspondence.

Respectfully submitted,

Dani Schwartz

cc:   Counsel for all parties (by facsimile)

RE\26309\0231\647744v1



# ROSENBERG&ESTIS, P.C.

ATTORNEYS AT LAW

733 Third Avenue
New York, New York 10017
212.867.6000
Fax 212.551.8484
www.rosenbergestis.com

# Facsimile Transmission

| Date: October 7, 2016 | | | |
| --- | --- | --- | --- |
| **To:** | **Company:** | **Fax Number:** | **Telephone:** |
| Hon. P. Kevin Castel | Daniel Patrick Moynihan United States Courthouse | 212-805-7949 | (212) 805-0262 |

| **From:** Dani Schwartz, Esq. | **Direct Dial:** 212.551.8489 |
| --- | --- |
| **Client/Matter No.:** 26309/0231 | **Pages:** 2 (including cover page) |

### Re: United States of America v Galanis, 15 Cr. 643 (PKC)

**Message:** Please see the attached letter.

PLEASE NOTIFY US IMMEDIATELY AT 212-867-6000 IF NOT RECEIVED PROPERLY

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.