Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **MAR 0 2 2017**

Caption:

UNITED STATES OF AMERICA
v.
JASON GALANIS

Docket No.: 15 CR 643-001 (PKC)
Hon. P. Kevin Castel
(District Court Judge)

Notice is hereby given that JASON GALANIS appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other ☐ _____ (specify)
entered in this action on February 16, 2017.
(date)

This appeal concerns: Conviction only ☐   Sentence only ✔   Conviction & Sentence ☐   Other ☐

Defendant found guilty by plea ✔ | trial ☐ | N/A ☐ .

Offense occurred after November 1, 1987?  Yes ✔ | No ☐   N/A ☐

Date of sentence: February 15, 2017   N/A ☐

Bail/Jail Disposition: Committed ✔   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✔ | No ☐   If yes, provide the following information:

Defendant's Counsel: Thomas P. Mazzucco

Counsel's Address: Murphy, Pearson, Bradley & Feeney
88 Kearny Street, 10th Floor, San Francisco, CA 94108

Counsel's Phone: (415) 788-1900

Assistant U.S. Attorney: Brian Blais

AUSA's Address: U.S. Department of Justice
One Saint Andrew's Plaza, New York, NY 10007

AUSA's Phone: (212) 637-2521

_____
Signature