UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  15-cr-643 (PKC)

      -against-                                      ORDER

GARY HIRST,

                     Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Sentencing for Gary Hirst is scheduled for June 12, 2017 at 2:00 p.m. in Courtroom 11D.

       SO ORDERED.

                                                  P. Kevin Castel
                                       United States District Judge

Dated:  New York, New York
           March 24, 2017