UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JASON GALANIS,<br><br>                          Defendant. | **Order of Restitution**<br><br>15 Cr. 643 (PKC) |

Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Brian R. Blais, Aimee Hector and Rebecca Mermelstein, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts One, Two, Five and Eight of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** JASON GALANIS, the Defendant, shall pay restitution in the total amount of $37,032,337.43 to the victims of the offenses charged in Counts One, Two, Five and Eight. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter and related matters, including, but not limited to, John Galanis, Derek Galanis, Gavin Hamels, and Gary Hirst, who were charged and convicted in this matter, and James Tagliaferri, who was convicted in a separate matter, *United States v. James Tagliaferri*, 13 Cr. 115 (RA). Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount

09.10.2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/17

of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and his co-defendants named above in this matter.

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
       May/16, 2017

HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2