**Criminal Notice of Appeal - Form A**

## AMENDED NOTICE OF APPEAL

**United States District Court**

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 26 2017

Caption:
United States of America v.

Jason Galanis

Docket No.: 15-CR-643-001 (PKC
Hon. P. Kevin Castel
(District Court Judge)

Notice is hereby given that Jason Galanis appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other ✔ & restitution orders
(specify)
entered in this action on February 16, 2017 & May 16, 2017.
(date)

This appeal concerns: Conviction only |___|  Sentence only |___|  Conviction & Sentence |___|  Other |✔|

Defendant found guilty by plea |✔| trial |   | N/A |   |

Offense occurred after November 1, 1987?  Yes |✔|  No |   |  N/A |   |

Date of sentence: February 15, 2017   N/A |___|

Bail/Jail Disposition: Committed |✔|   Not committed |   |   N/A |   |

Appellant is represented by counsel? Yes ✔ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Thomas P. Mazzucco |
| Counsel's Address: | Murphy, Pearson, Bradley & Feeney |
| | 88 Kearny Street, 10th Floor, San Francisco, CA 94108 |
| Counsel's Phone: | 415-788-1900 |
| Assistant U.S. Attorney: | Brian Blais |
| AUSA's Address: | U.S. Department of Justice |
| | One St. Andrew's Plaza, New York, NY 10007 |
| AUSA's Phone: | 212-637-2521 |

Signature



U.S. District Court, SDNY
Appeals Section
500 Pearl Street, Room 370
New York, NY 10007

7015 0640 0006 5835 1090

MURPHY PEARSON
BRADLEY & FEENEY

88 Kearny Street, 10th Floor
San Francisco, CA 94108

