Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

Southern _____ District of New York _____

**U.S. DISTRICT COURT FILED**
**JUN 13 2025**
**S.D.O.F N.Y.**

Caption:

USA _____ v

Jason Galanis _____

Docket No.: 15 CR 643 (PKC) _____

Hon. P/Kevin Castel _____
(District Court Judge)

Notice is hereby given that _Jason Galanis_____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment ____ , other ┊ **Post Sentence motion for return of funds**

entered in this action on _June 11, 2025_ .        (specify)
         (date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other |_X_|

Defendant found guilty by plea |✓| trial | | N/A |  .

Offense occurred after November 1, 1987?  Yes |_X_| No [    N/A [

Date of sentence: _____ September 24, 1990_ N/A |___|

Bail/Jail Disposition: Committed |_X_| Not committed |    | N/A |

Appellant is represented by counsel? Yes    | No |   | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | David Touger |
| Counsel's Address: | 70 Lafayette Street |
| | New York, New York 10013 |
| Counsel's Phone: | 917-862-1614 |
| Assistant U.S. Attorney: | Dana R. McCann |
| AUSA's Address: | 26 Federal Plaza |
| | New York, NY 10278 |
| AUSA's Phone: | 212-637-2308 |

_____
Signature

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Jun 13, 2025 2:00PM

JASON GALANIS

| Rcpt. No: 40677 | Trans. Date: Jun 13, 2025 2:00PM | | | Cashier ID: #SS (6367) |

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $605.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $605.00 |
| Total Tendered: | $605.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 15CR00643 PKC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.